NOTE: This disposition is nonprecedential.

# United States Court of Appeals
## for the Federal Circuit

---

JOHNATHAN DANIEL KING, DAVID ALLEN,
DONALD EDWARD ARNOLD, CHRISTOPHER
PAUL BARKER, TRACY T. BEAMS, ALEJANDRO
CASTANEDA, CARL CRAVENS, WILLIAM J.
DUNLAP, ALLEN H. FORAKER, ANTHONY
GRAHAM, MARK A. GARRISON, RONALD J.
GUIDRY, JEREMY D. HEARN, CARLOS M.
HERNANDEZ, JESSICA L. HERNANDEZ, ROBERT
C. HUDGINS, KENNETH JOHNSON, JERRY S.
JONES, RAY T. JONES, SCOTT LYNCH, THOMAS
C. MADRID, ERIC A. MAGANA, STEVEN ADKISON,
ARTHUR S. AGUERO, JOSE M. ALEMAN, ANDREW
ANDRADE, ANDREW ARGUELLO, LUIS C. AYALA,
RICARDO BARREDA, DARYL BARTLETT, KELLY
JO BENJAMIN, HAROLD J. BENNETT, ROBERT
BREYER, ANDREW BUTTS, JODI R. BUTTS, JESS
CABE, ERIK J. CANSINO, JOSEPH CAPORALE,
SEAN CARRIGAN, JACK CARSON, RIGOBERTO
CEPEDA, EDWIN CESTERO, ANTHONY E.
CHAMBERS, DAVID CLOER, MICHAEL P. CLUFF,
SHAYNE COLLINS, DAVID COLON-ESCOBAR,
JAMES R. COMINGS, BRIAN T. CORNELL, DAVID
R. DAISS, IAN P. DAUGHERTY, JAMES R. DAVIS,
TIMOTHY B. DAVIS, RUBEN DE LA TORRE,
DARRYLL DENNIS, JORGE L. DOMINQUEZ, SAL
DORADO, BRIAN S. DVORAK, JONAS K.
EDWARDS, SCOTT EDWARDS, SAUL ENRIQUEZ,
ROBERTO ESPINOZA, JR., CESAR E. FALCON,
BRYAN K. FENLEY, TERRANCE S. FERGUSON,
GEORGE H. FERLAND, CODY L. FOX, TODD J.

FRASER, GREG FURNIA, JOE A. GALLEGOS, ELDE GARCIA, JOEL GARCIA, MANUEL GARCIA, JR., HUGO GARZA, JON GELBER, JOSE LUIS GONZALEZ, JOSE A. GONZALEZ, JR., CHRISTOPHER GORNEAU, ELIEZER GUAJARDO, JR., GARY R. GUALDUCCI, GUADALUPE I. GUTIERREZ, ERIC T. HALEY, RILEY W. HANBACK, GERALD HANCOCK, JOHN E. HARVEY, FAUSTO HERNANDEZ, JAMES R. HERRICK, PHILLIP D. HISE, STEVEN W. IMRIE, TRAVIS W. INMAN, JUAN ISARRARAZ, JR., DENNIS JENKINS, JR., DAMON W. JONES, FRANCISCO JUAREZ, DONALD KENEFICK, JOHN KESSLER, CULLY E. KNOWLTON, WILLIAM M. KOCAN, KURT W. KRAUS, PYOTR KUKHARSKY, ALFREDO LARA, DAVID LEDEZMA, III, ZENAIDA LEVRIE, STEPHEN C. LEWIS, BRANDON LONGAKER, ALEX J. LOPEZ, CRISTOBAL B. LOPEZ, FELIX A. LOPEZ, JOSE C. LOPEZ, MARTIN N. LOPEZ, HAYDEE LOZANO, CLAUDIA LUKASON, TREVOR MACKENZIE, TROY MANSKE, SAMUEL MARTINEZ, LISA MARTINEZ CROUSE, ERNESTO MARTINEZ, JR., KENNETH J. MAURER, CHAD MCBROOM, BRIAN G. MCCLELLAN, GUILLERMO MEDRANO, III, HEKTOR G. MESTA, MARK MIDDLETON, ADAM MILLER, RODOLFO MONTELONGO, COREY S. MOORE, VERONICA MORALES, JOSE A. MORALES, JR., PAUL JEROME MURPHY, JOE F. NAVARO, LEROY L. NOTTERMAN, ROBERT J. NOZISKA, ERIC PAHLER, JUDE W. PATTERSON, SAMUEL D. PEAK, JOHN J. PINEIRO, MIKE B. PIO, MARK W. POTTER, MARK QUALTER, AMANDA RAMIREZ, EDUARDO RANGEL, PATRICIA REYES, RUBEN RICCI, STACY GUY RIDER, MARK ANTHONY RIOS, JIM RIVERA, ROBIN J. ROBERTS, BENJAMIN RODRIGUEZ, ALONZO RODRIGUEZ, MARIO A. RODRIGUEZ, CIRO ROMAN, CARLOS

**ROMO, MAURO A. RUEDA, JOSHUA E. SANCHEZ, RAYMUNDO SANCHEZ, DONALD K. SCEE, JEREMY SCHAPPELL, JAMES VINCENT SCORDATO, ROBERT J. SENIOR, JOSEPH SHAILOR, LAREN M. SHAW, FRANCISO J. SILVA, PAUL SILVA, ROMA J. SOLIDUM, RICHARD SORIA, ANDREW K. SPROUL, JOHN L. STURGEON, JR., MICHAEL SZUBINSKI, CHRISTOPHER TALBERT, MICHAEL WAYNE TAYLOR, ANDRES TELLEZ-GIRON, KEVIN W. THATCHER, PAMELA M. THOMAS, JASON R. THOMPSON, DAVID J. TREVINO, MANUEL TREVINO, MILLARD H. TUCKER, JR., JAMIE M. TURLEY, DARRELL S. TURNER, RODOLFO VALDEZ, JR., BRAD VALENCIA, MARCO A. VARGAS, ROY VARGAS, JR., ALEXANDER VAZQUEZ, GARY VELASQUEZ, FERNANDO VENEGAS, JASON VIOLETTE, EDWARD P. WAGNER, JR., WILLIAM WHITEHEAD, CODY S. WINN, WILLIAM WOLF, KEVIN S. WORRELL, ROBERT S. WOTRING, III,**
*Plaintiffs-Appellants*

v.

**UNITED STATES,**
*Defendant-Appellee*

———————————

2015-5066

———————————

Appeal from the United States Court of Federal Claims in No. 1:12-cv-00175-NBF, Senior Judge Nancy B. Firestone.

———————————

# JUDGMENT

---

RAYMOND CHARLES FAY, Fay Law Group PLLC, Washington, DC, argued for plaintiffs-appellants.

DANIEL B. VOLK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., STEVEN J. GILLINGHAM; LINDSAY K. SOLENSKY, Bureau of Customs and Border Protection, United States Department of Homeland Security, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, BRYSON, and WALLACH, *Circuit Judges*).

## AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 7, 2016
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court